# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LUKE MILLS**                                                                                              **PLAINTIFF**
**#119075**

**v.**                                    **Case No. 4:23-cv-00701-KGB**

**HUFFMAN, Captain,**
**Faulkner County Jail;** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would be frivolous and not taken in good faith. The relief requested is denied.

So adjudged this 28th day of August, 2024.

*(signature: Kristine G. Baker)*

Kristine G. Baker
Chief United States District Judge